AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00107 |
| Ulises Wilkinson | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/24/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Ulises Wilkinson,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☒ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptiive conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of Either House of Congress in Violation of Rules,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds or in any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:  05/24/2023                                        2023.05.24 13:36:30 -04'00'
_Issuing officer's signature_

City and state:    Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  5 26 2023 , and the person was arrested on _(date)_  5 30 2023
at _(city and state)_  McAllen TX .

Date:  5 30 2023

_Arresting officer's signature_

SA Sebastian Montes
_Printed name and title_