# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **23-mj-00107 RMM** |
| **ULISES WILKINSON** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ENTRY OF APPEARANCE OF CO-COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as **co-counsel** in this case for Ulises Wilkinson (defendant).

I certify that I am admitted to practice in this court.

/s/

August 22, 2023

Adam Christopher Demetriou
Brennan, McKenna & Lawlor, Chtd.
Bar Number 172451
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
ademetriou@brennanmckenna.com